COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason M. FRETTI, Petitioner

No. 685 MAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of March, 2017, the Petition for Allowance of Appeal is DENIED.

The SCHOOL DISTRICT OF PHILADELPHIA,
Petitioner

v.

Ellis JONES, Respondent

Ellis Jones, Petitioner

v.

The School District of Philadelphia,
Respondent

No. 374 EAL 2016
No. 375 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Rahul HARRIS, Petitioner

No. 399 EAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is DENIED.